[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11620

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MICHAEL ANTONIO BLACKMON,
a.k.a. Michael Blackmon,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:23-cr-00191-ECM-JTA-2

_____

Before NEWSOM, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

Thomas Goggans, appointed counsel for Michael Blackmon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.[1] Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Blackmon's conviction and sentence are **AFFIRMED**.

---

[1] We do not reach Blackmon's ineffective-assistance-of-counsel claims because the record is insufficiently developed to permit meaningful review of those claims at this stage. *See United States v. Patterson*, 595 F.3d 1324, 1328–29 (11th Cir. 2010).